IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MELVIN DEWAYNE HARRIS,

    Petitioner,

v.                                   Civil Action No. 3:13CV593

ERIC WILSON,

    Respondent.

**MEMORANDUM OPINION**

Melvin DeWayne Harris, proceeding <u>pro se</u>, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on December 30, 2013, the Court directed Harris, within eleven (11) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. The Court warned Harris that the failure to comply with the above directive would result in the dismissal of the action. More than eleven (11) days have elapsed since the entry of the December 30, 2013 Memorandum Order and Harris has not responded. Accordingly, the action will be dismissed without prejudice. The Clerk is directed to send a copy of this Memorandum Opinion to Harris.

An appropriate Order shall issue.

                                                  /s/   REP

                                          Robert E. Payne

Date: April 10, 2014         Senior United States District Judge
Richmond, Virginia